UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No. 12-12052-FDS |
| *This Document Relates To:* RAYMOND MCDOW, ROSEANNE BROOKS, et. al., Plaintiffs, v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al., Defendants. | Civil Action No. 12-12112-FDS |
| *This Document Relates To:* LANCE MARTIN, TOBY MARTIN, et. al., Plaintiffs, v. NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al., Defendants. | Civil Action No. 12-12055-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Franklin Levy of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.

1

| | |
|---|---|
| Dated:  December 19, 2012 | Respectfully submitted,<br><br>Defendant Alaunus Pharmaceutical, LLC<br><br>By its Attorneys,<br><br>*/s/ Franklin Levy*_____<br>Franklin H. Levy (BBO# 297720)<br>Ryan Ciporkin (BBO# 667479)<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Ave, Suite 345<br>Boston, MA 02210<br>Tel: (617) 439-4990<br>Fax: (617) 439-3987<br>flevy@lawson-weitzen.com<br>rciporkin@lawson-weitzen.com |

## CERTIFICATE OF SERVICE

I, Ryan Ciporkin, hereby certify that on this 19th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Ryan Ciporkin

_____

Ryan Ciporkin