**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
IN RE:        NEW ENGLAND                )
              COMPOUNDING PHARMACY  )        Master Docket No.
              CASES                                )        12-12052-FDS
_____)
                                                    )
*This Document Relates To:*                )
                                                    )
RAYMOND MCDOW, ROSEANNE BROOKS, )
et. al.,                                                )
                                                    )
        Plaintiffs,                            )        Civil Action No.
                                                    )        12-12112-FDS
        v.                                        )
                                                    )
NEW ENGLAND COMPOUNDING        )
PHARMACY, INC., et. al.,                    )
                                                    )
        Defendants.                          )
_____)
                                                    )
*This Document Relates To:*                )
                                                    )
LANCE MARTIN, TOBY MARTIN, et. al.,  )
                                                    )
        Plaintiffs,                            )        Civil Action No.
                                                    )        12-12055-FDS
        v.                                        )
                                                    )
NEW ENGLAND COMPOUNDING        )
PHARMACY, INC., et. al.,                    )
                                                    )
        Defendants.                          )
_____)

## NOTICE OF APPEARANCE

        Please enter the appearance of Ryan Ciporkin of the law firm of Lawson & Weitzen,

LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.

1

| Dated:  December 19, 2012 | Respectfully submitted, |
|---|---|
| | Defendant Alaunus Pharmaceutical, LLC |
| | By its Attorneys, |
| | */s/* Ryan Ciporkin _____ |
| | Franklin H. Levy (BBO# 297720) |
| | Ryan Ciporkin (BBO# 667479) |
| | LAWSON & WEITZEN, LLP |
| | 88 Black Falcon Ave, Suite 345 |
| | Boston, MA 02210 |
| | Tel: (617) 439-4990 |
| | Fax: (617) 439-3987 |
| | flevy@lawson-weitzen.com |
| | rciporkin@lawson-weitzen.com |

## CERTIFICATE OF SERVICE

I, Ryan Ciporkin, hereby certify that on this 19th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Ryan Ciporkin

_____

Ryan Ciporkin