UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No.12-12052-FDS |
| *This Document Relates To:* | |
| RAYMOND MCDOW and ROSEANNE BROOKS, individually and as representatives of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, ALAUNUS PHARMACEUTICAL, LLC, MEDICAL SALES MANAGEMENT INC., GREGORY CONIGLIARO, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, and GLENN A. CHIN,<br><br>Defendants. | Civil Action No: 1:12-cv-12112 |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO JANUARY 30, 2013 TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

Defendants Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") move this Court for An Extension of Time to January 30, 2013 for Defendants to Respond to the Plaintiffs' Complaint. The motion should be granted because Defendants require additional time to respond to the allegations and have acted in good faith. Moreover, Plaintiffs will not suffer any prejudice if the motion is granted, and the Plaintiffs assent to the motion. In further support of the motion, Defendants attach a memorandum of law.

WHEREFORE, Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin request that the Court grant the Motion for An

Extension of Time to January 30, 2013 to Respond to the Plaintiffs' Complaint.

          Respectfully submitted,

          Defendants Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin,

          By their Attorneys,

          */s/ Daniel E. Tranen*
          Geoffrey M. Coan, BBO # 641998
          Daniel E. Tranen, BBO # 675240
          Hinshaw & Culbertson LLP
          28 State Street, 24th Floor
          Boston, MA 02109-1775

Date:   December 28, 2012          Tel: (617)213-7000 / Fax: (617)213-7001

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Daniel E. Tranen, do hereby certify that I conferred with Plaintiffs' counsel regarding Defendants' Assented To Motion for an Extension of Time to January 30, 2013 to Respond to the Plaintiffs' Complaint.

Dated:  December 28, 2012        */s/ Daniel E. Tranen*
                                           Daniel E. Tranen

## **CERTIFICATE OF SERVICE**

   I, Daniel E. Tranen, hereby certify that on this 28th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                   */s/ Daniel E. Tranen*
                   Daniel E. Tranen