UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | Master Docket No.12-12052-FDS |

*This Document Relates To:*

RAYMOND MCDOW and ROSEANNE BROOKS, individually and as representatives of all others similarly situated,

        Plaintiffs,

vs.

NEW ENGLAND COMPOUNDING PHARMACY INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, ALAUNUS PHARMACEUTICAL, LLC, MEDICAL SALES MANAGEMENT INC., GREGORY CONIGLIARO, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, and GLENN A. CHIN,

        Defendants.

Civil Action No: 1:12-cv-12112

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO JANUARY 30, 2013 TO RESPOND TO PLAINTIFFS' COMPLAINT**

NOW COME defendants Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") and move this Court for an Extension of Time to January 30, 2013 for Defendants to Respond to Plaintiffs' Complaint. In support of the motion, Defendants state as follows:

    1.    On or about November 13, 2012, this action was filed in this Court.

    2.    On or about November 19, 2012, the Plaintiffs filed an Amended Complaint.

    3.    Plaintiffs and Defendants originally agreed that the Defendants' response to the Plaintiffs' Amended Complaint would be due by December 31, 2012. This Court previously

granted an Assented-To Motion for an Extension of Time to December 31, 2012 to Answer Plaintiffs' Amended Complaint.

4. However, Defendants' counsel requires additional time in order to evaluate the allegations in the Complaint and prepare a full and adequate response on behalf of each individual Defendant. Plaintiffs and Defendants agree that the response to the Plaintiffs' Amended Complaint will now be due by January 30, 2013.

5. Defendants are not seeking an extension to unduly prolong these proceedings and no prejudice will result to any party by extending the deadline as requested.

6. Plaintiffs, through their counsel, have assented to this Motion.

Respectfully submitted,

Defendants Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin,

By their Attorneys,

　*/s/ Daniel E. Tranen*
Geoffrey M. Coan, BBO # 641998
Daniel E. Tranen, BBO # 675240
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
Date: December 28, 2012　　Tel: (617)213-7000 / Fax: (617)213-7001

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

In accordance with Local Rule 7.1(a)(2), I, Daniel E. Tranen, do hereby certify that I conferred with Plaintiffs' counsel regarding Defendants' Assented To Motion for an Extension of Time to January 30, 2013 to Respond to the Plaintiffs' Complaint.

Dated: December 28, 2012　　　*/s/ Daniel E. Tranen*
　　　　　　　　　　　　　　　Daniel E. Tranen

34311475v1 2680

## **CERTIFICATE OF SERVICE**

      I, Daniel E. Tranen, hereby certify that on this 28th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           */s/ Daniel E. Tranen*
                                           Daniel E. Tranen