UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: **NEW ENGLAND COMPOUNDING PHARMACY CASES** | **Master Docket No. 12-12052-FDS** |
| *This Document Relates To:* | |
| **RAYMOND MCDOW, ROSEANNE BROOKS, et. al.,** | |
| Plaintiffs, | **Civil Action No. 12-12112-FDS** |
| v. | |
| **NEW ENGLAND COMPOUNDING PHARMACY, INC., et. al.,** | |
| Defendants. | |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO JANUARY 31, 2013 TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

Defendant Alaunus Pharmaceutical, LLC ("Alaunus"), with the assent of the Plaintiffs, Raymond McDow and Roseanne Brooks, move this Court for an extension of time to January 31, 2013 for Alaunus to respond to the Plaintiffs' Complaint. As grounds therefor, Alaunus states as follows:

1. On or about November 13, 2012, this action was filed in this Court.

2. On or about November 19, 2012, the Plaintiffs filed an Amended Complaint.

3. On November 29, 2012, this Court issued an Interim Order consolidating this action with fourteen other related actions that were filed with this Court. In addition to this action, Alaunus has been named as a co-defendant in one of the other consolidated actions.

1

4. According to the Plaintiff, the summons and complaint was served to Alaunus on or around December 11, 2012.

5. Alaunus retained counsel and the undersigned counsel filed their notices of appearance on December 19, 2012.

6. Like the other consolidated action that names Alaunus as a defendant, the Plaintiffs purport to bring a class action on behalf of themselves and others similarly situated asserting a variety of products liability claims against Alaunus and the other co-defendants. Alaunus requires additional time to respond to the allegations in the Complaint and has acted in good faith.

7. This is Alaunus' first request for an extension in this matter.

8. Defendant is not seeking an extension to unduly prolong these proceedings.

9. Plaintiffs will not suffer any prejudice if the motion is granted.

WHEREFORE, Defendant Alaunus Pharmaceutical, LLC requests that the Court grant the Motion for an Extension of Time to January 31, 2013 to Respond to the Plaintiffs' Complaint.

Dated: December 28, 2012	Respectfully submitted,
Defendant Alaunus Pharmaceutical, LLC
By its Attorneys,

*/s/* Ryan Ciporkin
Franklin H. Levy (BBO# 297720)
Ryan Ciporkin (BBO# 667479)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
flevy@lawson-weitzen.com
rciporkin@lawson-weitzen.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(A)(2), I, Ryan Ciporkin, do hereby certify on this 28th day of December 2012 that I have conferred with Plaintiffs' counsel regarding Defendant's Assented To Motion for an Extension of Time to January 31, 2013 to Respond to the Plaintiffs' Complaint.

/s/ Ryan Ciporkin

_____

Ryan Ciporkin

## CERTIFICATE OF SERVICE

I, Ryan Ciporkin, hereby certify that on this 28th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Ryan Ciporkin

_____

Ryan Ciporkin