UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | MASTER DOCKET NO. 12-cv-12052-FDS |
| | JUDGE: F. DENNIS SAYLOR IV |
| *THIS DOCUMENT RELATES TO*: | Civil Action No. 1:12-cv-12112 |
| RAYMOND McDOW, et al., | |
| Plaintiffs | **AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | |
| Defendants | |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 31st day of December, 2012

Respectfully submitted,

*s/ Scott J. Tucker*
Scott J. Tucker (BBO # 503940)
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110
Tel:     617.557.9696
Fax:    617.227.9191
E-mail:   stucker@ths-law.com

*Attorney for Defendant Ameridose LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 31, 2012 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*s/ Scott J. Tucker*
*Attorney for Defendant Ameridose, LLC*