# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES** | Master Docket No.12-12052-FDS |
| *This Document Relates To:* | |
| RAYMOND MCDOW and ROSEANNE BROOKS, individually and as representatives of all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NEW ENGLAND COMPOUNDING PHARMACY INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, ALAUNUS PHARMACEUTICAL, LLC, MEDICAL SALES MANAGEMENT INC., GREGORY CONIGLIARO, BARRY J. CADDEN, LISA CONIGLIARO CADDEN, DOUGLAS CONIGLIARO, CARLA CONIGLIARO, and GLENN A. CHIN, )<br>)<br>Defendants. ) | Civil Action No: 1:12-cv-12112 |

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO MARCH 31, 2013 TO ANSWER PLAINTIFFS' AMENDED COMPLAINT

Defendants Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") move this Court for an extension of time to March 31, 2013 for Defendants to answer the Plaintiffs' Amended Complaint. The motion should be granted because Defendants require additional time to respond to the allegations and have acted in good faith. Moreover, Plaintiffs have assented to the motion. In further support of the motion, Defendants attach a memorandum of law.

WHEREFORE, Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas

2

Conigliaro, Carla Conigliaro, and Glenn A. Chin request that the Court grant the Motion for An Extension of Time to March 31, 2013 to Answer the Plaintiffs' Amended Complaint.

        Respectfully submitted,

        Defendants Gregory Conigliaro, Barry J. Cadden, Lisa Conigliaro Cadden, Douglas Conigliaro, Carla Conigliaro, and Glenn A. Chin,

        By their Attorneys,

        */s/ Daniel E. Tranen*
        Geoffrey M. Coan, BBO # 641998
        Daniel E. Tranen, BBO # 675240
        Hinshaw & Culbertson LLP
        28 State Street, 24th Floor
        Boston, MA 02109-1775

Date:   January 24, 2013        Tel: (617)213-7000 / Fax: (617)213-7001

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Garrett D. Lee, do hereby certify that I conferred with Plaintiffs' counsel regarding Defendants' Assented To Motion for an Extension of Time to March 31, 2013 to Answer the Plaintiffs' Amended Complaint.

Dated:  January 24, 2013        */s/ Garrett D. Lee*
                                              Garrett D. Lee

## **CERTIFICATE OF SERVICE**

      I, Daniel E. Tranen, hereby certify that on January 24, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Daniel E. Tranen*
      Daniel E. Tranen

34321760v1  0940062