# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Raymond McDow, et al. vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.:  12-cv-12112 | **MDL NO. 1:13-md-02419** |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

    */s/ Richard A. Dean*
    RICHARD A. DEAN (Ohio Bar #0013165)
    Tucker Ellis  LLP
    925 Euclid Avenue, Suite 1150
    Cleveland, Ohio 44115-1414
    Tel:     (216) 592-5000
    Fax:    (216) 592-5009
    E-mail:richard.dean@tuckerellis.com

    *Attorney for Ameridose, LLC*


**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

    */s/ Richard A. Dean*
RICHARD A. DEAN (Ohio Bar #0013165)
Tucker Ellis  LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414
Tel:    (216) 592-5000
Fax:   (216) 592-5009
E-mail:richard.dean@tuckerellis.com

*Attorney for Ameridose, LLC*